LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8983
    Facsimile: (415) 744-0134
    E-Mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JIMMIE LEON MARTIN, )<br>)<br>   Plaintiff, )<br>)<br>      v. )<br>)<br>MICHAEL J. ASTRUE, )<br> Commissioner of )<br> Social Security, )<br>)<br>   Defendant. )<br>_____) | CIVIL NO. 2:09-cv-1017-CMK<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 60 days to file an answer to Plaintiff's complaint. Defendant has been unable to locate the certified administrative record for Plaintiff's case, and the Office of Disability Adjudication and Review has requested sixty days to locate and prepare the certified administrative record to be filed. The current due date is September 14, 2009. The new due date will be November 13, 2009.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 10, 2009     */s/ Bess M. Brewer*
(As authorized via e-mail)
BESS M. BREWER
Attorney for Plaintiff

Dated: September 10, 2009     LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Leo R. Montenegro*
LEO R. MONTENEGRO
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: September 14, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE