1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMIE LEON MARTIN**  Plaintiff,  v.  **MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America,**  **Defendant.** | Case No.  CIV-09-1017 CMK  **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 31, 2009, to February 23, 2010. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule .

/ / / /

/ / / /

/ / / /

1

Dated: December 30, 2009					*/s/Bess M. Brewer*
							BESS M. BREWER
							Attorney at Law

							Attorney for Plaintiff


Dated: December 30, 2009					Benjamin B. Wagner

							United States Attorney

							*/s/ Leo Montenegro*
							LEO MONTENEGRO
							Special Assistant U.S. Attorney
							Social Security Administration

							Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


 DATED: January 20, 2010


							_____
							**CRAIG M. KELLISON**
							UNITED STATES MAGISTRATE JUDGE

2