1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JIMMIE LEON MARTIN,                        No. CIV S-09-1017-CMK

12                    Plaintiff,

13         vs.                                          ORDER

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                     Defendant.
16
     _____/
17

18                    Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On

20   April 22, 2010, the court directed plaintiff to show cause in writing why this action should not be

21   dismissed for failure to file a dispositive motion within the time provided by the court's

22   scheduling order.  A review of the docket reflects that a dispositive motion has been filed.  The

23   order to show cause is, therefore, discharged.

24   / / /

25   / / /

26   / / /

                                             1

1          IT IS SO ORDERED.

2

3     DATED:  May 20, 2010

4                                                    _____
                                                     **CRAIG M. KELLISON**
5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26