IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE LEON MARTIN, | No. 2:09-CV-1017-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

  Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c).

  On March 26, 2012, the Ninth Circuit Court of Appeals issued a memorandum disposition directing this court to remand the matter back to the agency for further proceedings consistent with the memorandum disposition. As instructed by the appellate court, this matter will be remanded under sentence four of 42 U.S.C. § 405(g) for further proceedings. Plaintiff's opposed motion for a fee award under the Equal Access to Justice Act will be addressed

separately.

Accordingly, IT IS HEREBY ORDERED that this matter is remanded to the agency for further proceedings consistent with the Ninth Circuit Court of Appeals' March 26, 2012, memorandum disposition.

DATED: July 27, 2012

_____  
**CRAIG M. KELLISON**  
UNITED STATES MAGISTRATE JUDGE